UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-00054-BR

**United States of America**,

v.

**Zakee Johnson**.

**Order**

     Defendant Zakee Johnson appeared before the court on March 25, 2016, for a hearing on the Government's Motion for Detention. After hearing evidence and argument from both parties, the Court determined that the Government's Motion for Detention should be denied because there were conditions the court could impose which would reasonably assure Johnson's appearance as required and the safety of any other person and the community. After the court entered an order setting Johnson's conditions of release, the Government requested that the court stay its order to allow it to determine whether it will file a motion under 18 U.S.C. § 3145(a) seeking either revocation of the order or amendment of the conditions of release.

     Having considered the Government's motion, the court orders that its Order Setting Conditions of Release is stayed. The Government has until 12:00 p.m. on March 28, 2016, to file a motion under § 3145(a). If the Government does not file a motion by that time or files a notice indicating it no longer intends to seek review, Johnson is to be released pursuant to the terms in the Order Setting Conditions of Release. If such a motion is filed, Johnson shall remain in the custody of the United States Marshal until the motion is resolved.

Dated: March 25, 2016

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge